PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**IN THE UNITED STATES DISTRICT COURT**
FOR THE __WESTERN__ DISTRICT OF TEXAS
__AUSTIN__ DIVISION

FILED
JUL 11 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

JOSEPH PASTOQUINEL SCOTT # 02105713
Plaintiff's Name and ID Number

LYNAUGH UNIT FT. STOCKTON, TX 79735
Place of Confinement

CASE NO. **A22CV 719 RP**
(Clerk will assign the number)

v.

(THE STATE OF TEXAS) DISTRICT ATTORNEY HENRY L. GARZA P.O. BOX 540 BELTON, TX 76513 (ALTERNATE ADDRESS:) 1201 HUEY ROAD BELTON, TX 76513
Defendant's Name and Address PH: 254-933-5215

HON. STEVE DUSKIE P.O. BOX 324 BELTON, TX 76513 (ALTERNATE ADDRESS:) 1201 HUEY ROAD BELTON, TX 76513
Defendant's Name and Address PH: 254-933-5246

ATTORNEY MICHAEL J. MAGANA 2315 S. LOOP 121 BELTON, TX 76513
Defendant's Name and Address PH: 254-933-0200
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee."     See 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✔ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: __N/A__
      2. Parties to previous lawsuit:
         Plaintiff(s) __N/A__
         Defendant(s) __N/A__
      3. Court: (If federal, name the district; if state, name the county.) __N/A__
      4. Cause number: __N/A__
      5. Name of judge to whom case was assigned: __N/A__
      6. Disposition: (Was the case dismissed, appealed, still pending?) __N/A__
      7. Approximate date of disposition: __N/A__

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: LYNAUGH UNIT FT. STOCKTON, TX 79735

III. EXHAUSTION OF GRIEVANCE PROCEDURES: (NOT APPLICABLE IN THIS CASE AGAINST THE STATE OF TEXAS)
Have you exhausted all steps of the institutional grievance procedure? N/A ___ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution. N/A

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: JOSEPH PASTOQUINEL SCOTT # 021105713
LYNAUGH UNIT
FT. STOCKTON, TX 79735

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: HENRY L. GARZA, BELL COUNTY (TEXAS) DISTRICT ATTORNEY, BELL COUNTY JUSTICE CENTER
PH: 254-933-5215                                            1201 HUEY ROAD BELTON, TX 76513
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
- VIOLATION OF MY 8TH AMENDMENT RIGHT AGAINST EXCESSIVE BAIL OR FINES; CRUEL AND UNUSUAL PUNISHMENT.
- VIOLATION OF MY 14TH AMENDMENT RIGHT TO DUE PROCESS AND EQUAL PROTECTION OF THE LAW.

Defendant #2: STEVE DUSKIE, (CURRENT) 426TH JUDICIAL DISTRICT COURT JUDGE, BELL COUNTY JUSTICE CENTER
PH: 254-933-5246                                            1201 HUEY ROAD BELTON, TX 76513
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
- VIOLATION OF MY 8TH AMENDMENT RIGHT AGAINST EXCESSIVE BAIL OR FINES; CRUEL AND UNUSUAL PUNISHMENT.
- VIOLATION OF MY 14TH AMENDMENT RIGHT TO DUE PROCESS AND EQUAL PROTECTION OF THE LAW.

Defendant #3: MICHAEL J. MAGANA, COURT-APPOINTED ATTORNEY, 2315 SOUTH LOOP 121 BELTON, TX 76513
PH: 254-933-0200
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
- VIOLATION OF MY 6TH AMENDMENT RIGHT TO ASSISTANCE OF EFFECTIVE COUNSEL.

Defendant #4: SHELLY D. STRIMPLE, FORMER ASSISTANT DISTRICT ATTORNEY, BELL COUNTY JUSTICE CENTER
PH: 254-933-5215                                            1201 HUEY ROAD BELTON, TX 76513
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
- VIOLATION OF MY 8TH AMENDMENT RIGHT AGAINST EXCESSIVE BAIL OR FINES; CRUEL AND UNUSUAL PUNISHMENT.
- VIOLATION OF MY 14TH AMENDMENT RIGHT TO DUE PROCESS AND EQUAL PROTECTION OF THE LAW.

Defendant #5: FANCY H. JEZEK, FORMER 426TH JUDICIAL DISTRICT COURT JUDGE, BELL COUNTY JUSTICE CENTER
PH: 254-933-5246                                            1201 HUEY ROAD BELTON, TX 76513
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
- VIOLATION OF MY 8TH AMENDMENT RIGHT AGAINST EXCESSIVE BAIL OR FINES; CRUEL AND UNUSUAL PUNISHMENT.
- VIOLATION OF MY 14TH AMENDMENT RIGHT TO DUE PROCESS AND EQUAL PROTECTION OF THE LAW.

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

WHAT HAPPENED: ALLEGED SEXUAL ASSAULT
WHERE DID IT HAPPEN: 6701 STUDENT UNION DR. UNIT A KILLEEN, TX 76549
WHEN DID IT HAPPEN: MARCH 2, 2015
WHO WAS INVOLVED: MYSELF AND JEILYNN MATHEY
DEFENDANT #1: HENRY L. GARZA - WAS AND STILL IS THE DISTRICT ATTORNEY PROSECUTING MY CASE.
DEFENDANT #2: STEVE DUSKIE - IS THE CURRENT JUDGE OF THE DISTRICT COURT.
DEFENDANT #3: MICHAEL J. MAGANA - WAS MY COURT-APPOINTED ATTORNEY.
DEFENDANT #4: SHELLY D. STRIMPLE - WAS THE ASSISTANT DISTRICT ATTORNEY FOR THE STATE.
DEFENDANT #5: FANCY H. JEZEK - WAS THE CONVICTING AND SENTENCING JUDGE.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

NEGOTIATE A SETTLEMENT TO DISMISS MY CASE FROM THE STATE OF TEXAS. OTHERWISE, REMOVE MY CASE FROM STATE TO FEDERAL COURT PROCEEDINGS BECAUSE OF PREJUDICE AND BIAS PAST PROCEEDINGS.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

ONLY JOSEPH PASTOUINEL SCOTT

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

ONLY TDCJ # 02105713

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warning was issued: N/A

Executed on: __N/A__
                DATE

__N/A__

__N/A__
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __5__ day of __July__, 20 __22__.
           (Day)               (month)            (year)

Joseph Pastquinel Scott
Joseph Pastquinel Scott
Joseph Pastquinel Scott
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

JOSEPH SCOTT # 02105713
VAUGHN UNIT
198 SOUTH HWY 2037
STOCKTON, TX 79735

EXPECTED DELIVERY DAY: 07/09/22
USPS TRACKING® #

LEGAL MAIL:
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
501 W. 5TH STREET, SUITE 1100
AUSTIN, TEXAS 78701

U.S. POSTAGE PAID
FORT STOCKTON, TX
79735
JUL 07, 22
AMOUNT
$0.00
R2305M147425-02

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY ELLIS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

5 JULY 2022

RECEIVED
JUL 11 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

DEAR SIR OR MA'AM,

   HELLO I AM WRITING IN ORDER TO FILE THIS CIVIL RIGHTS LAWSUIT BECAUSE I HAVE EXHAUSTED MY REMEDIES WITH APPEALS FROM CONVICTION BY THE STATE OF TEXAS! ENCLOSED YOU WILL SEE DOCUMENTS AS EVIDENCE FROM THE DISTRICT COURT, TEXAS COURT OF APPEALS, AND THE TEXAS COURT OF CRIMINAL APPEALS! ADDITIONALLY, DOCUMENTS FROM THE SUPREME COURT OF TEXAS, THE STATE BAR OF TEXAS, AND THE TEXAS BOARD OF DISCIPLINARY APPEALS! AN 11.07 WRIT OF HABEAS CORPUS WAS FILED, APPELLANT'S BRIEFS, AND PRO SE PETITIONS FOR DISCRETIONARY REVIEW! ALL DOCUMENTS AS EVIDENCE AND REVIEW ARE ENCLOSED, WITH THE FINAL APPELLANT'S BRIEF AND PETITION FOR DISCRETIONARY REVIEW TO FOLLOW SOON!

   ⊛ IF THERE'S ANYTHING FURTHER FROM ME THAT'S REQUIRED PLEASE ADVISE! I WAS AN ACTIVE-DUTY SENIOR NON-COMMISSIONED OFFICER AT THE TIME OF THE CONVICTION STATIONED AT FT. HOOD, TX WITH 3 YEARS REMAINING TO RETIRE, PENDING RE-ASSIGNMENT TO FINISH SERVICE. I DON'T BELONG IN PRISON AND SOO MANY ELEMENTS OF MY CASE (WHICH BEGAN AS A CIVIL CASE, (BELL COUNTY, TX) I SETTLED AND THOUGHT WAS OVER, BUT THE STATE LATER BROUGHT CRIMINAL CHARGES) WERE NOT EXAMINED! I WAS NEVER TOLD BY MY COURT-APPOINTED ATTORNEY ABOUT VETERANS COURT NOR 28 USC §1442a. MEMBERS OF ARMED FORCES SUED OR PROSECUTED & 28 USC §1443. CIVIL RIGHTS CASES, I WAS UNAWARE OF THE TOTALITY OF RIGHTS I HAD! IF 28 USC §1455. PROCEDURE FOR REMOVAL OF CRIMINAL PROSECUTIONS STILL EXISTS FOR ME... PLEASE PROVIDE ME WITH A NOTICE OF REMOVAL TO BE SIGNED PURSUANT RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE, BECAUSE I CAN SHOW GOOD CAUSE TO BE REMOVED FROM THE STATE'S JUDGMENT OF CONVICTION! A CHANGE OF VENUE!

                                    SINCERELY & RESPECTFULLY,
                                    [signature]